IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY HARLEY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-2732 |
| | : | |
| DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | : | |
| | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 26th day of August, 2022, upon consideration of Plaintiff Mary Harley's Motion to Proceed *In Forma Pauperis* (ECF No. 2) and her *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Harley is **GRANTED** leave to proceed *in forma pauperis*.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum as follows:

    a. Claims raised on behalf of Harley's daughter are **DISMISSED WITHOUT PREJUDICE** for lack of standing; and

    b. Any claims raised on Harley's behalf are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case.

                                                      **BY THE COURT:**

                                                      /s/ Hon. Wendy Beetlestone

                                                    **WENDY BEETLESTONE, J.**